FILED
2008 Sep-11 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GLORIA MEADOWS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-01421-TMP |
| | ) |
| **O'CHARLEY'S, INC.,** | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING SUMMARY JUDGMENT

This cause is before the court on defendant O'Charley's Inc.'s motion for summary judgment filed May 14, 2008 (court document # 12). Having carefully considered all of the pleadings and the arguments of the parties, and for all of the reasons set forth in the memorandum opinion entered herewith, the court finds that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, the defendant's motion for summary judgment (court document #12) is due to be and hereby is GRANTED, and plaintiff's sole claim, that defendant was negligent, is DISMISSED WITH PREJUDICE.

DATED the 11th day of September, 2008.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE